United States District Court
Southern District of Texas
**ENTERED**
September 27, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| EDDIE GARCIA, § | |
| § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. 7:16-CV-29 |
| § | |
| PALOMAR SPECIALTY INSURANCE § | |
| COMPANY, § | |
| § | |
| Defendant. § | |

### ORDER ON AGREED STIPULATION OF DISMISSAL

After considering the parties' stipulation of dismissal for Plaintiff Eddie Garcia, the Court **GRANTS** the stipulation and **DISMISSES** the case with prejudice as to All Defendants.

SO ORDERED this 27th day of September, 2016, at McAllen, Texas.

_____
Randy Crane
United States District Judge